BEFORE THE SECOND DIVISION, NOVEMBER 27, 1961

No. 66229.—Delmey Trading Corp. and Victory Shipping Co., Inc. *v.* United States, protest 315265–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.,* and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.